UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

John K. Goodrow,

    **Plaintiff,**

v.                          CIVIL ACTION NO.: 3:11-cv-00020-MHL
                                (Consolidated)

Friedman & MacFadyen, P.A., et. al.

    **Defendants.**

### PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH THIS COURT'S ORDER DATED SEPTEMBER 10, 2012

COMES NOW the Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 6(b), and moves the Court for an Enlargement of Time within which to respond to this Court's Order (Docket No. 50) dated September 10, 2012, requiring Plaintiffs to file any amended complaints, motions to amend complaints, and motion to consolidate from September 12, 2012, to September 14, 2012.

Plaintiffs previously requested an extension of time by one day to comply with the court's order. Despite several attorneys dedicated to the tasks of drafting amended complaints and motions, conferring with the many individuals who are the clients, the Plaintiffs nonetheless require additional time to complete all the tasks required under the Order. Previously, counsel for Defendants consented to a one-day enlargement, prior to the expiration of the original time to file. Though the court has not entered an order granting the extension, the Plaintiffs now move in good-faith for a second time to grant an extension until September 14, 2012, to file the amended complaints, motion for leave to amend, and other motions. These cases are fact-intensive, complex cases, and Plaintiffs desire to do a complete job. Thus, Plaintiffs respectfully request an extension until midnight tomorrow to comply with this Court's Order.

The Defendant will suffer no legal prejudice as a result of an extension and justice will be

1

served by granting this motion. Plaintiff has attempted to seek consent of the Defendant but was unable to reach counsel at the time this motion was filed. For these reasons, the Plaintiffs respectfully request a second enlargement of time.

                                                                   Respectfully Submitted,

                                                                   _____/s/_____
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB # 37225
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail: jpetersen@smillaw.com
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
E-mail: matt@clalegal.com

Susan M. Rotkis, VSB#40693

CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com
Case 3:11-cv-00020-MHL Document 46 Filed 08/28/12 Page 4 of 6 PageID# 382
*Counsel for Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Andrew Biondi, Esq.
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: abiondi@sandsanderson.com

Andrew Todd Rich, Esq.
Friedman & MacFayden, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA 23229
E-mail: trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219

E-mail: cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr., Esq.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: drucker@sandsanderson.com

      /s/
Susan M. Rotkis, VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com