UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**John K. Goodrow, et al.,**

  **Plaintiff,**

v.           CIVIL ACTION NO.: 3:11-cv-00020-MHL
              (Consolidated)

**Friedman & MacFadyen, P.A., et. al.**

  **Defendants.**

## PLAINTIFFS' THIRD CONSENT MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH THIS COURT'S ORDER DATED SEPTEMBER 10, 2012

COME NOW the Plaintiffs, with the consent of the Defendant, and pursuant to Fed. R. Civ. P. 6(b), move the Court for an Enlargement of Time within which to respond to this Court's Order (Docket No. 50) dated September 10, 2012. The court previously granted the Plaintiffs' prior agreed motions to enlarge time to file any amended complaints, motions to amend complaints, and motion to consolidate making them due September 14, 2012.

In addition to drafting the motions and amended pleadings in the above-styled cases, the parties have been communicating in furtherance of reaching compromise by agreement where possible. The parties are awaiting a decision by a person with settlement authority of the Defendants in order to resolve a discreet individual case. However, the case has a direct impact on the pleadings the Plaintiffs intend to file and this issues remaining to be resolved by the court. Not only do the parties desire to do a complete job, and at the same time are endeavoring to limit the issues and parties in controversy. Thus, Plaintiffs respectfully request an extension until midnight on Tuesday, September 18, 2012, to comply with this Court's Order.

No party will be prejudiced as a result of an extension and justice will be served by granting this motion. The Defendants have consented. For these reasons, the Plaintiffs

1

respectfully request a third enlargement of time until September 18, 2012.

                Respectfully Submitted,

                _____/s/_____
                Leonard A. Bennett, Esq., VSB #37523
                Attorney for Plaintiff
                CONSUMER LITIGATION ASSOCIATES, P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, Virginia 23601
                (757) 930-3660 - Telephone
                (757) 930-3662 – Facsimile
                lenbennett@cox.net

                Dale W. Pittman, VSB#15673
                THE LAW OFFICE OF DALE W. PITTMAN, P.C.
                The Eliza Spotswood House
                112-A West Tabb Street
                Petersburg, VA 23803
                (804) 861-6000
                (804) 861-3368 Facsimile
                dale@pittmanlawoffice.com

                J. Chapman Petersen, Esq., VSB # 37225
                Kristi Cahoon Kelly, Esq., VSB #72791
                SUROVELL ISAACS PETERSEN & LEVY PLC
                4010 University Drive, 2nd Floor
                Fairfax, VA 22030
                (703) 277-9774
                (703) 591-9285 Facsimile
                E-mail: jpetersen@smillaw.com
                E-mail: kkelly@siplfirm.com

                Matthew J. Erausquin, VSB#65434
                CONSUMER LITIGATION ASSOCIATES, P.C.
                1800 Diagonal Rd, Suite 600
                Alexandria, VA 22314
                (703) 273-7770
                (888) 892-3512 Facsimile
                E-mail: matt@clalegal.com

                Susan M. Rotkis, VSB#40693
                CONSUMER LITIGATION ASSOCIATES, P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, Virginia 23601
                (757) 930-3660 - Telephone

(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com
Case 3:11-cv-00020-MHL Document 46 Filed 08/28/12 Page 4 of 6 PageID# 382
*Counsel for Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Andrew Biondi, Esq.
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: abiondi@sandsanderson.com

Andrew Todd Rich, Esq.
Friedman & MacFayden, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA 23229
E-mail: trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr., Esq.
1111 E. Main Street

3

Suite 2400  
P.O. Box 1998  
Richmond, VA 23219  
E-mail: drucker@sandsanderson.com

                                                    /s/  
                                      Susan M. Rotkis, VSB #40693  
                                      Attorney for Plaintiff  
                                      CONSUMER LITIGATION ASSOCIATES, P.C.  
                                      763 J. Clyde Morris Boulevard, Suite 1-A  
                                      Newport News, Virginia 23601  
                                      (757) 930-3660 - Telephone  
                                      (757) 930-3662 – Facsimile  
                                      srotkis@clalegal.com