AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------------------
Richmond Division

ALBERT C. CECCONE,

      Plaintiff,

v.

FRIEDMAN & MACFADYEN, P.A., et al.

      Defendant.

**JUDGMENT IN A CIVIL CASE**
Civil Action No.: 3:11CV555

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered pursuant to the Court's Order entered November 29, 2012, for Plaintiff, ALBERT C. CECCONE only, and against Defendants, FRIEDMAN & MACFADYEN, P.A. and JOHNIE R. MUNCY, in the amount of Four Thousand and 00/100 Dollars ($4,000.00) plus reasonable attorneys' fees and taxable costs as determined by the Court.

November 29, 2012
Date

FERNANDO GALINDO, CLERK

/s/ C. McCracken
(By) Deputy Clerk